[No. 14813-3-I. Division One. September 23, 1985.]

THE STATE OF WASHINGTON, *Respondent*, v. REX HENNINGS, *Appellant*.

Appeal from a judgment of the Superior Court for King County, No. 84-1-00487-4, Patricia H. Aitken, J., entered

May 30, 1984. *Dismissed* by unpublished per curiam opinion.